**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**ALEXANDRIA DIVISION**

| | |
|---|---|
| **LUIS ALBERTO MENDOZA MOZA #A241-062-021** | **CIVIL ACTION NO. 26-1428 SEC P** |
| **VERSUS** | **JUDGE EDWARDS** |
| **D C COLE** | **MAG. JUDGE DAVID J. AYO** |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (R. Doc. 12), and having determined that the Magistrate Judge's findings and recommendation are correct under the applicable law;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus (R. Doc. 1) is **DISMISSED WITHOUT PREJUDICE** for lack of jurisdiction.

THUS ORDERED AND SIGNED in Chambers this 21st day of September, 2026.

Jerry Edwards, Jr.

**JUDGE JERRY EDWARDS, JR.**
**UNITED STATES DISTRICT COURT**